UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
at ASHLAND

MISC. ACTION NO. 06-2-DLB

UNITED STATES OF AMERICA                                                                       PLAINTIFF

vs.                                                        **ORDER**

ALLISON LITTLETON                                                                              DEFENDANT

* * * * * * * * * * * * * * * * * *

This matter is before the Court upon the Report and Recommendation of the United States Magistrate Judge (Doc. #19) regarding a Probation Violation Report that the Defendant, Allison Littleton, show cause why her probation should not be revoked. The Magistrate Judge, having concluded that Defendant violated her probation, but that her probation not be revoked pursuant to agreement between the parties and the supervising officer; and Defendant having waived her right of allocution (Doc. #17); and the Court being sufficiently advised;

**IT IS ORDERED** as follows:

(1)   That the Report and Recommendation of the United States Magistrate Judge (Doc. #19) be, and it is, hereby **adopted** as the Findings of Fact and Conclusions of Law of this Court;

(2)   That Defendant is found to have violated the terms of her probation as set out in the parties' Stipulation and in the Probation Violation Report;

(3)   That Defendant be, and is, hereby released immediately from the custody of the United States Marshal;

(4) That Defendant be, and is, hereby given credit for time served while she was in the custody of the Attorney General for a psychological evaluation;

(5) That Defendant's term of probation, and the conditions thereof, be, and it is, hereby modified to include the following special conditions:

(a) Defendant shall have frequent visits, on up to a weekly basis, with and as directed by the Probation Office;

(b) Defendant shall continue and/or participate in a mental health program, including but not limited to treatment with a psychologist, nurse practitioner, or other medical practitioner authorized to prescribe appropriate medication for Defendant, as directed and approved by the Probation Office;

(c) Defendant shall seek and maintain employment, approved by the Probation Office, as a W-2 wage earner;

(d) Defendant shall take all medication, as prescribed, by her physician, psychiatrist, or other health care provider; and,

(e) Defendant shall refrain from any use of alcohol.

This 16th day of May, 2007.



Signed By:
**David L. Bunning**  *DB*
United States District Judge

G:\DATA\ORDERS\AshCrim\06-2-OrderAdoptingR&R.wpd